MEMO ENDORSED



Courtesy Copy

THE CITY OF NEW YORK
LAW DEPARTMENT

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Alison E. Gugel
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel: (212) 788-9391
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRO[NIC...]
DOC #:
DATE FILED: 12/21/04

December 20, 2004

**BY ECF AND HAND DELIVERY**
Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED
DEC 21
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

MEMO ENDORSED

Re: *Michael Johnson v. City of New York et al.*, 04 CV 6858 (DAB)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York and I represent defendant City of New York in the above-referenced civil rights action. In this action, plaintiff alleges that he was falsely arrested on criminal trespass-related charges. I respectfully write to request an enlargement of defendant City of New York's time to answer or otherwise respond to the complaint from December 20, 2004 to February 21, 2005. Plaintiff's counsel has consented to City defendant's request.

Granted
DB
12/21/04

       There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint.

       Also, it is our understanding that any police records relating to plaintiff's arrest and detention have been sealed pursuant to New York Criminal Procedure Law §160.50. As Your Honor is aware, the City defendant cannot access general police records or any other records from the various City agencies until we receive proper releases from the plaintiff. Therefore, this office is in the process of forwarding to plaintiff for execution a consent and authorization for release of the sealed police records so that defendant City can access the information, properly assess the case, and respond to the complaint.

MEMO ENDORSED

MEMO ENDORSED

        Moreover and based upon the Court's Docket Sheet, the individuals identified in the caption of the complaint have not been served with the complaint. Therefore, should the Court grant this enlargement, it should allow plaintiff time to serve the individual defendants. If timely served, it may also give this office time to determine, pursuant to Section 50-k of the New York General Municipal Law, and based upon a review of the facts of the case, whether we may represent the individual defendants and if so, submit a joint response. *See Mercurio v. the City of New York et al.*, 758 F.2d 862, 864-65(2d Cir. 1985) (quoting *Williams v. City of New York, et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

        No previous request for an extension has been made by defendant City. Accordingly, we respectfully request that defendant City's time to answer or otherwise respond to the complaint be extended to February 21, 2005.

        Thank you for your consideration of this request.

MEMO ENDORSED

Respectfully submitted,

*[signature]*

Alison Gugel (AG 3698)
Assistant Corporation Counsel

cc:    J. McGregor Smyth, Jr., Esq. (**via ECF and facsimile**)
       *Attorney for Plaintiff*
       The Bronx Defenders
       860 Courtlandt Avenue
       Bronx, New York 10451
       Facsimile No.: 718-665-0100

SO ORDERED

*[signature]* 12/21/04
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED