UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MICHAEL JOHNSON,

                                        Plaintiff,

          -against-

CITY OF NEW YORK, PO JOSE FRIAS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY S
A NEW YORK CITY POLICE OFFICER; PO
RODRIGUEZ, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A NEW YORK CITY POLICE
OFFICER; SERGEANT JOHN DOE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A NEW YORK
CITY POLICE OFFICER,

                                        Defendants.

------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

04 Civ. 06858 (DAB)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
       January 5, 2006

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendants City of New York
                                        and Police Officer Jose Frias
                                        100 Church Street, Room 3-186
                                        New York, New York 10007
                                        (212) 788-8084

                              By: *David M. Hazan* (signature)
                                        David M. Hazan (DH-8611)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:    Via First Class Mail
          J. McGregor Smyth, Jr., Esq.
          The Bronx Defenders
          860 Courtlandt Avenue
          Bronx, New York 10451